DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DONNA NASH,

Appellant,

v.

PUNTA GORDA HMA LLC
DBA SHOREPOINT HEALTH PUNTA GORDA,

Appellee.

No. 2D23-414
_____

November 22, 2023

Appeal from the County Court for Sarasota County; Mary Ann Boehm, Judge.

Donna Nash, pro se.

Christopher Biddulph of Lotane & Associates, P.A., Cocoa, for Appellee.

PER CURIAM.

   Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.